**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Geronimo GARZA, Jr., Defendant–Appellant.**

**No. 05–10308.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 21, 2006.*

Filed Dec. 27, 2006.

John Joseph Tuchi, Phoenix, AZ, for Plaintiff–Appellee.

Gail Gianasi Natale, Esq., Law Office of Gail Gianasi Natale, Phoenix, AZ, for Defendant–Appellant.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**614**

Before: GOODWIN, WALLACE, and LEAVY, Circuit Judges.

MEMORANDUM **

Geronimo Garza, Jr. appeals from his jury-trial conviction and 15–month sentence imposed for making false statements to the Farm Service Agency of the United States Department of Agriculture, in violation of 18 U.S.C. §§ 2, 1001, and 1014.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Garza has filed a brief stating that she finds no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief on direct appeal. Accordingly, we affirm the district court's judgment.

Appellant's motion for decision is **DENIED** as moot.

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).